UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WAYNE McCLELLAN, JR., <br><br> Petitioner, <br><br> v. <br><br> KATHY ALLISON, Warden, CSATF: Chief Executive Officer, <br><br> Respondent. | No. CV 12-2350 SVW (FFM) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: December 2, 2013

_____
STEPHEN V. WILSON
United States District Judge